JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SHAHRZAD TAJMIRI, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, FEDERAL NATIONAL MORTGAGE ASSOCIATION, BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, BARBARA J. CROWL, an Individual, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00247 JVS (DFMx)<br>Assigned to Hon. James V. Selna<br><br>**JUDGMENT**<br><br>Complaint filed: October 8, 2015<br>Removal date: February 11, 2016<br>Trial date: Not yet set |

## JUDGMENT

On April 27, 2016, this Court granted Defendants JPMorgan Chase Bank, N.A. (hereinafter "Chase") and Federal National Mortgage Association's (hereinafter "Fannie Mae") Motion to Dismiss Plaintiff Shahrzad Tajmiri's (hereinafter "Plaintiff") Complaint with prejudice, which Defendant Barrett Daffin Frappier Treder & Weiss, LLP (hereinafter "Barrett") joined. [Doc. 14.] Defendants Chase, Fannie Mae, and Barrett will be collectively referred to as "Defendants".

Given the foregoing ruling, **IT IS HEREBY ORDERED** that Defendants are DISMISSED WITH PREJUDICE from this action. A final JUDGMENT OF DISMISSAL is hereby entered against Plaintiff and in favor of Defendants. Plaintiff shall take nothing by way of any claims against Defendants, and Defendants are entitled to recover its costs of suit.

**IT IS SO ORDERED.**

Dated: May 16, 2016

_____
The Honorable James V. Selna